# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **DALLAS DEAN** | ) <br> ) <br> ) Case No.: <br> ) |
| Plaintiff. | ) 4:21-cv-00510 <br> ) |
| v. | ) <br> ) |
| **MATRIX WARRANTY SOLUTIONS** | ) <br> ) <br> ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: September 28, 2021     By: */s/ Jacob U. Ginsburg*
　　　　　　　　　　　　　　　　　Jacob U. Ginsburg, Esquire
　　　　　　　　　　　　　　　　　Kimmel & Silverman, P.C.
　　　　　　　　　　　　　　　　　30 E. Butler Pike
　　　　　　　　　　　　　　　　　Ambler, PA 19002
　　　　　　　　　　　　　　　　　Phone: (215) 540-8888
　　　　　　　　　　　　　　　　　Fax: (877) 788-2864
　　　　　　　　　　　　　　　　　Email: jginsburg@creditlaw.com

## **CERTIFICATE OF SERVICE**

      I, Jacob U. Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon all parties of record via CM/ECF.

Dated: September 28, 2021        By: */s/ Jacob U. Ginsburg*