# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **DALLAS DEAN AND KATHY DEAN,** | ) <br> ) <br> ) Case No.: <br> ) <br> ) 4:21-cv-00510 |
| Plaintiffs, | ) |
| v. | ) |
| **MATRIX WARRANTY SOLUTIONS,** | ) <br> ) <br> ) |
| Defendant. | ) |

## AMENDED NOTICE OF SETTLEMENT[1]

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: September 28, 2021

By: */s/ Jacob U. Ginsburg*
Jacob U. Ginsburg, Esquire
Kimmel & Silverman, P.C.
30 E. Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Fax: (877) 788-2864
Email: jginsburg@creditlaw.com

---

[1] The original notice of settlement inadvertently omitted Plaintiff Kathy Dean from the caption.

## **CERTIFICATE OF SERVICE**

I, Jacob U. Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon all parties of record via CM/ECF.

Dated: September 28, 2021            By: */s/ Jacob U. Ginsburg*