United States District Court
Southern District of Texas
**ENTERED**
September 29, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DALLAS DEAN and KATHY DEAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-21-0510 |
| | § | |
| MATRIX WARRANTY SOLUTIONS, INC., | § | |
| | § | |
| Defendant. | § | |

## O R D E R

On September 28, 2021, the Plaintiffs, Dallas Deand and Kathy Dean filed their Notice of

Settlement (docket no. 32) announcing that a settlement has been reached in this action with

Defendant, Matrix Warranty Solutions, Inc. Accordingly, this action is DISMISSED without

prejudice to the right of counsel to move for reinstatement within sixty (60) days of entry of this

order on presentation of adequate proof that the settlement could not be consummated. All motions

currently pending are DENIED without prejudice. Any movant seeking to resubmit or reurge those

motions must do so within fourteen (14) days from the date any motion for reinstatement is filed.

SIGNED at Houston, Texas, on this 29th day of September, 2021.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE